IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CHAPMAN,<br><br>                    Petitioner,<br><br>          vs.<br><br>LELAND McEWEN, Warden (A),<br>California State Prison, Calipatria,<br><br>                    Respondent. | No. 2:09-cv-00639-JWS<br><br>ORDER<br>[Re:  Motion at Docket No. 22] |

At Docket No. 22 William Chapman, a state prisoner appearing *pro se*, has filed a document entitled "Clerk of the District Court."  In that document Chapman requests a ruling on an application for leave to proceed on appeal *in forma pauperis*.  At Docket No. 18 Chapman filed a Notice of Appeal, appended to which was an Application to Proceed In Forma Pauperis on Appeal.  That application was inadvertently not separately docketed for attention by this Court.

Because there is no filing fee required for a state prisoner to appeal from the denial of a petition for a writ of habeas corpus under 28 U.S.C. § 2254,[1] Chapman's application is unnecessary.  Accordingly,

**IT IS THEREFORE ORDERED THAT** the application for leave to file an appeal *in forma pauperis* is **DENIED** as moot.

The Clerk of the Court will please correct the docket accordingly.

Dated:  July 20, 2011.

                                                            /s/ John W. Sedwick
                                                            United States District Judge

---

[1] *Naddi v. Hill*, 106 F.3d 275, 277 (9th Cir. 1997).